UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| JUDGE: JEFFREY L. CURETON | |
|---|---|
| DEPUTY CLERK: JULIE HARWELL | COURT REPORTER/TAPE NO: DIGITAL FILE |
| LAW CLERK: | USPO/PTSO: Jaime Espinosa |
| INTERPRETER: | COURT TIME: 52 minutes |
| A.M.            P.M. | DATE: January 10, 2013 |

☒ DIST. CR. NO. 4:13-CR-003-A USDJ MCBRYDE

UNITED STATES OF AMERICA § AISHA SALEEM, AUSA
V. §
RICHARD D. ANDERSON § NAVID ALBAND_____ R
DEFENDANT(S) NAME(S) AND NUMBER(S) § COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

■ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
■ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 1/9/13 ☐ SURRENDER_____ ☐ RULE 5/32 ☐ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☒ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☒ DEFT HAS RETAINED COUNSEL NAVID ALBAND
☐ ARRAIGNMENT SET _____ ☐ DETENTION HEARING SET
☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☒ BOND ☒ SET ☐ REDUCED TO $_____ ☐ CASH ☐ SURETY ☐ 10% ☒ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☒ DEFT ADVISED OF CONDITIONS OF RELEASE.
☒ BOND EXECUTED ☒ DEFT ☒ MW to be RELEASED ☐ STATE AUTHORITIES ☐ INS → after all conditions have been met
☐ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☒ REMARKS: Gov't witness Randy Watkins sworn & testified Gov't Exhibit 1 Admitted & returned to Gov't atty

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 1 0 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy