# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

MAGISTRATE JUDGE JEFFREY CURETON
DEPUTY CLERK: Julie Harwell
INTERPRETER:
P.M.
TOTAL COURT TIME: 3 minutes

DIGITAL FILE:
DATE HELD: January 10, 2013

CR. No. 4:13-CR-003-A

| UNITED STATES OF AMERICA | § | AISHA SALEEM, AUSA |
|---|---|---|
| v. | § § § § | |
| RICHARD D. ANDERSON | | NAVID ALBAND  (R) |
| Defendant's Name | | Counsel for Deft.  Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGMENT

☐ Arraignment Hearing - Contested  ☐ Arraignment Hearing - Non-Evidentiary

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered

☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ☐ Settled/Guilty Plea  ☐ None   Days in Trial: _____   Hearing Concluded: ☐ Yes ☐ No

✔ Defendant SWORN.
✔ Arraignment - Held on count **one** of the
  ✔ Indictment  ☐ Information ☐ Superseding Indictment  ☐ Superseding Information
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
✔ Defense waived reading of the Indictment/Information.
✔ Deft enters a plea of    ✔ Not Guilty  ☐ Guilty  ☐ Nolo
☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ Waiver of Jury Trial
☐ Waiver of Indictment, filed.
✔ Trial date Monday, March 18, 2013 at 8:30 a.m. (order to follow)
  Pretrial motions due:_____. Discovery motions/Government Responses due:_____.
☐ Defts bond ☐ set ☐ reduced to $_____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond ☐ continued ☐ forfeited
✔ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

OTHER PROCEEDINGS:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 10 2013
CLERK, U.S. DISTRICT COURT
By_____
   Deputy