FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 JAN 25 PM 3: 37

CLERK OF COURT

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:13-CR-003-A |
| RICHARD D. ANDERSON (01) | § § | |

### GOVERNMENT'S NOTICE OF INTENT TO USE VIDEO AND AUDIO RECORDINGS

The United States, acting by and through the undersigned Assistant United States Attorney for the Northern District of Texas, files this Notice of Intent to Introduce Video and Audio Recordings as evidence in the trial of this cause pursuant to the Court's Scheduling Order and would show the Court the following:

The Government intends to use the following against defendant at trial:

1. **Video files of child pornography**

The government intends to introduce into evidence the two video files of child pornography charged in the indictment. The first charged video with the file name beginning with "(PTHC) babyshivid," is approximately 1 minute and 36 seconds long. The audio portion primarily involves the sound of water and a child crying. At the very end of the video the male says, "All right, sit down."

The second charged video with the file name beginning with "!!!NEW" is approximately 36 seconds long and has no audio.

2. **Recorded phone conversation with Defendant Anderson**

Fort Worth Police Officer Randy Watkins recorded his phone conversation with Richard Anderson, which occurred on or about September 28, 2012. The call lasts approximately 5 minutes.

The government will transcribe the phone conversation and make that transcript as well as the child pornography video files available to the defense to review.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile:  817.252.5455
Email: aisha.saleem@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that on this the 25th day of January, 2013, a true and correct copy of the foregoing was served on counsel for defendant by hand delivery, in accordance with Federal Rule of Criminal Procedure 49.

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney

**Government's Notice of Intent to Use Audio and Video Recordings  - Page 2**