ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 FEB 28 AM 10: 26

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | No. 4:13-CR-003-A |
| | § | |
| RICHARD D. ANDERSON (01) | § | |

GOVERNMENT'S RESPONSE TO ANDERSON'S
MOTION FOR CONTINUANCE

TO THE HONORABLE JOHN MCBRYDE, UNITED STATES DISTRICT JUDGE:

The United States, acting by and through the undersigned Assistant United States Attorney for the Northern District of Texas, hereby submits this response to Anderson's Motion for Continuance:

The government does not object to Anderson's request.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail: Aisha.Saleem@usdoj.gov

Response to Motion for Continuance - Page 1

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2013, the foregoing Government's Response was served by first class mail to attorneys Oliver Hassibi at 515 East Weatherford Street, Fort Worth, Texas 76102 and to Navid Alband, 1130 S. Henderson Street, Fort Worth, Texas 76104.

*(signature)*
AISHA SALEEM
Assistant United States Attorney